UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 MAR -6 AM 9: 57

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH MORRISON<br><br>Defendant. | CASE NO. 2:24-CR-28<br><br>JUDGE Marbley<br><br>INFORMATION<br><br>18 U.S.C. § 1462<br>18 U.S.C. §§ 2252(a)(2) & (b)(1)<br>18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)<br><br>FORFEITURE ALLEGATIONS |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
(Distribution of Child Pornography)

1.  In or about January 2023, in the Southern District of Ohio, the defendant, **JEREMIAH MORRISON**, having been previously convicted of an offense under the laws of Ohio relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward – that is, in the Franklin County Court of Common Pleas, case number 11CR6000, by Judgment Entry dated March 30, 2012, for Voyeurism of a Minor, in violation of Ohio Revised Code Section 2907.08 – did knowingly distribute one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet and a cellular phone, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital image and video files depicting prepubescent and toddler

aged or infant children engaged in sex acts with adults, subjected to sadistic and masochistic abuse, masturbation, and the lascivious exhibition of their genitalia, anus, and pubic region.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

## COUNT TWO
(Possession of Child Pornography)

2. On or about June 22, 2023, in the Southern District of Ohio, the defendant, **JEREMIAH MORRISON**, having been previously convicted of an offense under the laws of Ohio relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward – that is, in the Franklin County Court of Common Pleas, case number 11CR6000, by Judgment Entry dated March 30, 2012, for Voyeurism of a Minor, in violation of Ohio Revised Code Section 2907.08 – knowingly possessed matter, that is, digital media devices that contained one or more visual depictions, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such visual depictions had been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2).**

## COUNT THREE
(Transportation of Obscene Matters)

3. Between May 2023 and June 2023, in the Southern District of Ohio, the defendant, **JEREMIAH MORRISON**, did knowingly transport or receive in interstate or foreign commerce, via an interactive computer service, an obscene matter, to wit: a visual depiction of an approximately six-year-old female nude on her back and with her arms dismembered and her head decapitated.

**In violation of 18 U.S.C. § 1462.**

## **FORFEITURE ALLEGATION A**

4.      The allegations of this Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 2253.

5.      Upon conviction of an offense in violation of 18 U.S.C. § 2252 as alleged in this Information, the defendant, **JEREMIAH MORRISON**, shall forfeit to the United States, in accordance with 18 U.S.C. § 2253(a)(1) and (3):

    (a)    all matter containing visual depictions or child pornography and child erotica, transported, mailed, shipped, or possessed in violation of 18 U.S.C. § 2252; and

    (b)    all property used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252, including, but not limited to the following:

        i.    A Samsung Galaxy A32 5G cellular telephone, bearing Serial Number RFCR91VWEPB, including its contents;
        ii.    A Samsung Galaxy J7 Prime cellular telephone, bearing Serial Number R28JA3WL62H, including its contents;
        iii.    Four Micro SD cards, including their contents; and
        iv.    An Ohn USB drive, including its contents.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## **FORFEITURE ALLEGATION B**

6.      The allegations of this Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 1467.

7. Upon conviction of an offense in violation of 18 U.S.C. § 1462 as alleged in this Information, the defendant, **JEREMIAH MORRISON**, shall forfeit to the United States, in accordance with 18 U.S.C. § 1467(a)(1) through (3):

    (a) all obscene material produced, transported, mailed, shipped, or received in violation of 18 U.S.C. § 1462;

    (b) all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from an offense in violation of 18 U.S.C. § 1462; and

    (c) all property, real or personal, used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 1462, including, but not limited to, the following:

        v. A Samsung Galaxy A32 5G cellular telephone, bearing Serial Number RFCR91VWEPB, including its contents;
        vi. A Samsung Galaxy J7 Prime cellular telephone, bearing Serial Number R28JA3WL62H, including its contents;
        vii. Four Micro SD cards, including their contents; and
        viii. An Ohn USB drive, including its contents.

**Forfeiture notice in accordance with 18 U.S.C. § 1467(a)(1)-(3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

                                    **KENNETH L. PARKER**
                                    United States Attorney

                                    */s/ Emily Czerniejewski*
                                    _____
                                    **EMILY CZERNIEJEWSKI** (IL 6308829)
                                    Assistant United States Attorney