United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                          Case No. 2:24-cr-28

Jeremiah Morrison

---

COURTROOM MINUTES
Arraignment on Information

| U.S. District Chief Judge Algenon L. Marbley | Date:   April 19, 2024 | |
|---|---|---|
| **Deputy Clerk:** | **Diane Stash** | **Counsel for Government:** | Emily Czerniejewski |
| **Court Reporter:** | **Shawna Evans** | **Counsel for Defendant:** | Rosana Brown |
| **Interpreter:** | | **Pretrial/Probation:** | |

Defendant entered a plea of guilty to Counts 1-3 and the Forfeiture Allegations of the Information.

PSI report ordered.

Defendant to remain in custody pending sentencing.