IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| United States of America, | : | |
| | : | |
| Plaintiff, | : | **NOTICE** |
| | : | |
| v. | : | Case No.  2:24-cr-28 |
| | : | |
| Jeremiah Morrison, | : | CHIEF JUDGE MARBLEY |
| | : | |
| Defendant. | : | |

      **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:     UNITED STATES DISTRICT COURT     Courtroom #331
             85 Marconi Boulevard
             Columbus, OH  43215           August 9, 2024 @ 10:45 a.m.

                                                    ***If an interpreter is needed, please notify ASAP***

TYPE OF PROCEEDING:       **SENTENCING**

**\*\*MANDATORY BRIEFING REQUIREMENT:\*\*** Counsel  are to submit sentencing memoranda by noon on August 5, 2024.  Said memoranda shall address, *inter alia*, the applicability of the factors set forth in 18 U.S.C. §3553(a) and the bases for any proposed upward or downward variance from the applicable advisory guidelines.  The memoranda shall not exceed ten (10) pages, except by leave of Court.  Reply memoranda, while not necessary, shall be filed not less than three (3) days prior to the sentencing hearing.  Reply memoranda shall not exceed five (5) pages, except by leave of Court.

DATE: July 24, 2024                    ALGENON L. MARBLEY
                                   United States Chief District Judge

                                   _____
                                   (By) Diane M. Stash, Deputy Clerk
                                   (614) 719-3265